**Opinion issued March 14, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00110-CV

———————————

## IN RE TARA MARIE THOMAS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Tara Marie Thomas, filed a petition for a writ of mandamus, challenging the trial court's August 12, 2022 "Order Enforcing Child Support Order with Commitment Suspended." In her mandamus petition, relator argues that she was denied due process of law because: (1) the motion for enforcement filed by real party in interest, Steven Anthony Thomas, "fail[ed] to meet the requirements of Section 157.002 of the Texas Family Code" and (2) the "Agreed Final Decree of Divorce is vague and ambiguous and not subject to enforcement by contempt."

Relator requests that the Court grant her petition for writ of mandamus and allow her to "be discharged from the requirements of the [trial court's August 12, 2022] order." Relator further requested that the Court declare that the trial court's August 12, 2022 order was "beyond the authority of the [trial court] and therefore void."[1]

We deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.

---

[1] The underlying case is *In the Interest of B.C.T. and L.K.T., Children*, Cause No. 2016-88084, in the 257th District Court of Harris County, Texas, the Honorable Sandra Peake presiding.